# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| FELICIA MAJORS, | ) | |
| Plaintiff, | ) | Case No.  2:13-cv-02103-GMN-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ST. ROSE DOMINICAN HOSPITAL, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Emergency Motion to Continue Early Neutral Evaluation Currently Scheduled for March 21, 2014 (#15).  Defendant's counsel is not available to attend the ENE conference as currently scheduled due to a prior commitment.  Defendant's counsel advises the Court she personally attempted to contact Plaintiff and Plaintiff refused to sign a stipulation to continue the ENE conference.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant's Emergency Motion to Continue Early Neutral Evaluation Currently Scheduled for March 21, 2014 (#15) is granted in part and denied in part.  The currently scheduled ENE conference set for March 21, 2014 is vacated.

**IT IS FURTHER ORDERED** that the following dates are available to reschedule the ENE conference: March 28, 2014, to begin at 1:00 p.m.; March 31, 2014, to begin at 9:00 a.m.; and April 21, 2014, to begin at 9:00 a.m.  The parties are to file a stipulation on or before **March 17, 2014** to move the ENE conference to one of these dates and time.  If the parties are unable to agree, the Court will pick a date.

DATED this 11th day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge