1
2
3
4                     **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6
7    FELICIA MAJORS,                    )
8                        Plaintiff,     )      Case No.  2:13-cv-02103-GMN-PAL
                                        )
9    vs.                                )
                                        )      **ORDER**
10   ST. ROSE DOMINICAN HOSPITAL,       )
                                        )
11                       Defendant.     )
                                        )
12   ──────────────────────────────────)
13          This matter is before the Court on Defendant's Emergency Motion to Continue Early Neutral
14   Evaluation Currently Scheduled for March 21, 2014 (#15).  Defendant's counsel is not available to
15   attend the ENE conference as currently scheduled due to a prior commitment.  Defendant's counsel
16   advises the Court she personally attempted to contact Plaintiff and Plaintiff refused to sign a stipulation
17   to continue the ENE conference.  Upon review and consideration,
18          **IT IS HEREBY ORDERED** that Defendant's Emergency Motion to Continue Early Neutral
19   Evaluation Currently Scheduled for March 21, 2014 (#15) is granted in part and denied in part.  The
20   currently scheduled ENE conference set for March 21, 2014 is vacated.
21          **IT IS FURTHER ORDERED** that the following dates are available to reschedule the ENE
22   conference: March 28, 2014, to begin at 1:00 p.m.; March 31, 2014, to begin at 9:00 a.m.; and April 21,
23   2014, to begin at 9:00 a.m.  The parties are to file a stipulation on or before **March 17, 2014** to move
24   the ENE conference to one of these dates and time.  If the parties are unable to agree, the Court will
25   pick a date.
26          DATED this 11th day of March, 2014.
27
28                                    _____
                                      GEORGE FOLEY, JR.
                                      United States Magistrate Judge